**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JAMES BRAND, Individually, and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br><br><br>**v.**<br><br>**COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**<br><br>**Defendant.** | **Case No. 1:12-cv-01122**<br><br>**Hon. Young B. Kim** |

**APPENDIX OF EXHIBITS TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION AND FACILITATE NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Exhibit A    Audre H. Pierce Declaration

Exhibit 1    Cortland Collective Bargaining Agreement Excerpt

Exhibit 2    Chicago West Area Collective Bargaining Agreement Excerpt

Exhibit 3    "Getting Paid for Your Work" PowerPoint

Exhibit 4    Employee Self-Service (ESS) Records of Completion

Exhibit 5    2012 Employee Handbook Excerpt

Exhibit 6    Employee Handbook Acknowledgements

Exhibit B    Declaration of Patrick Michael Berry, Sr.

Exhibit C    Declaration of Adam Charles Braden

Exhibit D    Declaration of Christopher Campbell

Exhibit E    Declaration of Antonio Cavazos

DB1/ 70438562.1

Exhibit F    Declaration of Aaron Cummings

Exhibit G    Declaration of Terry Hibler

Exhibit H    Declaration of Joseph Kerpe

Exhibit I    Declaration of Hilal Khanqashi

Exhibit J    Declaration of Timothy Joe Larkins

Exhibit K    Declaration of Grovell D. Latimer

Exhibit L    Declaration of Stephen Gregory Mason

Exhibit M    Declaration of Jesse McCune

Exhibit N    Declaration of John Nussbaum

Exhibit O    Declaration of Craig Ohmart

Exhibit P    Declaration of Joseph Parmer

Exhibit Q    Declaration of Mike Pelletier

Exhibit R    Declaration of Chad Reith

Exhibit S    Declaration of Brian David Thrasher

Exhibit T    Declaration of Daniel R. Warren

Exhibit U    Excerpts from Kevin Jackson Deposition, June 6, 2012, *Brand et al. v. Comcast Corp.*, No. 11-cv-8474 (N.D. Ill.)

Exhibit V    *Justiniano-Revollo v. Shorty's IV, Inc.,* No. 03-23077-PCH (S.D. Fla. Mar. 17, 2004)

Exhibit W    Shannon Jordan EEOC Charge

Exhibit X    Defendants' Proposed Notice

DATED: July 16, 2012

Respectfully submitted,

/s/ Gregory P. Abrams
SARI M. ALAMUDDIN
GREGORY P. ABRAMS
ALLISON N. POWERS
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001
salamuddin@morganlewis.com
gabrams@morganlewis.com
apowers@morganlewis.com

MICHAEL L. BANKS (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
PHILADELPHIA, PA 19103
Tel: (215) 963-5387
Fax: (215) 963-5001
mbanks@morganlewis.com