# EXHIBIT B

DECLARATION OF PATRICK MICHAEL BERRY, SENIOR

I, PATRICK MICHAEL BERRY, SENIOR, declare as follows:

1. I have been working in the cable industry since 1993.

2. I have previously held roles with Insight, TCI and AT&T as a maintenance technician. I currently work for Comcast in that same position.

3. When Comcast acquired the Insight facility in Peoria, I was grandfathered in as a Comm Tech 4.

4. I work out of Comcast's Peoria facility, which is located at 3517 N. Dries Lane, Peoria, Illinois 61604.

5. As a Comm Tech 4, my duties involve maintaining plant integrity. I do that by balancing amplifiers, repairing amplifiers, working with nodes and power supplies, and basically handling anything that pertains to the plant. I also help installers and repair technicians when they need a bucket truck or help with plant work.

6. In my opinion, the largest difference between a Comm Tech 3 and a Comm Tech 4 is that, once you enter a Comm Tech 4 role, you also handle fiber materials. Also, the level of detail and responsibility in a Comm Tech 4's work is higher than that of a Comm Tech 3. In order to become a Comm Tech 4, I had to complete additional training.

7. I am currently scheduled to work from 7:30 a.m. to 4:30 p.m. on Mondays through Fridays. I am home garaged and I park my Comcast truck at my home.

8. On a regular workday, I will log onto my Comcast-issued laptop between 7:35 and 7:50 a.m. I usually still put 7:30 a.m. down on my timesheet as my start time. Generally, I will bring my laptop out of my home and into my Comcast truck and boot up the computer. Then, I will complete my truck inspection. It takes me about 10 to 15 minutes to complete the truck inspection. The inspection involves checking the truck tires, the bucket, the ladder, the lights,

the strobes, the pins, the lifts, and the horn. Basically, I am supposed to make sure that everything having to do with the safety of the vehicle works. I always complete my truck inspection during my shift.

9. When I am done with my truck inspection, I will sign into WatchTower, which is the program that we use to assign ourselves work. I am currently responsible for covering 11 nodes. My nodes are on the south end of Tazewell County, Illinois. I will use WatchTower to review the nodes that I am in charge of and to see whether there are any major problems with my nodes. If there are no major problems, I will review the node weight to determine which node I should be working on. This is a scale that demonstrates whether the nodes are having problems.

10. The number of jobs that I complete in a day varies. I may spend an entire day working on one job uninterrupted and another day I may be doing ten different jobs. Nothing holds a pattern or stays the same. I work mostly alone, though there have been occasions where I will work with other technicians.

11. I do not have a set time for when I am supposed to arrive at my first job. I am supposed to arrive at my job as soon as I can get there.

12. I am not expected or encouraged to complete any work before my shift begins. All of my work is done on the clock. We watched a video that instructed us that once we pick up the laptop or climb into the Comcast truck, it is "company time" and we should be putting down that time on our timesheet. That is what I do.

13. I have a "Meeting Day" in the Peoria office every other Wednesday. Other Comm Tech 4s and my supervisor, Bob Shoemake, attend the meeting. The meeting can last about an hour or an hour and a half depending on the week. We will review the numbers of the nodes,

management directives, trainings, numbers, and safety topics, among other topics. If I need additional equipment, I will usually restock my truck after the Meeting Day.

14. I believe that if I'm doing anything work-related it should be on the clock. At the end of the week, there might be a nice little pile of overtime.

15. I am entitled to a one-hour lunch break and I am expected to take that lunch break. We are supposed to take our lunch break between 11:30 a.m. and 1:30 p.m., however, some days I will take my lunch at 11:30 a.m. or 11:45 a.m. and other days I will take my lunch closer to 12:30 p.m. if I am tied up with a job.

16. There have been times when there is a heavy storm or an outage and I believe I will need to work through lunch. In those instances, I am supposed to call my supervisor and let him know that I am stuck on the job and I may not have a chance to take my lunch. Then, my supervisor will give me approval to work through my lunch.

17. There have been times when my supervisor has been in Chicago or out of town and I have not been able to call him to seek his approval prior to working through lunch. On those days, I will call my supervisor at the end of the day and explain why I had to miss my lunch. If I cannot get in touch with him, I will put down my time on my timesheet and fill in the "comment" section of the timesheet with the explanation for why I had to miss lunch. I always put down the time that I spend working through lunches as overtime and I have always gotten paid for this time. It has never been an issue.

18. Sometimes, I will run home for lunch and other times I will pull over wherever and have lunch in the area. Whether I go home or eat lunch in the area depends on where I am working. Depending on the day, I will eat by myself or with other technicians.

19. When I am on my lunch break, I hardly ever respond to emails. If I am taking my lunch break and I interrupt my lunch break to answer a phone call from my supervisor or another technician, I consider myself "on company business" for the duration of the phone call. I will resume my lunch break after the phone call so that I get my whole 60 minutes of lunch.

20. At the end of the day, unless there is an outage, I start shutting down for the day at 4:15 p.m. or 4:20 p.m. If I have to work past the end of my 4:30 p.m. shift, I will call my supervisor for approval. I will always put down time that I spend working past 4:30 p.m. as overtime. I have always been paid for that time.

21. I am required to be on call for 1 week every 5 weeks. I am on call Thursday through Wednesday. I carry an extra phone when I am on call. When I am on call, I have a partner. I usually have the same partner for every week that I am on call. When I am on call, I am supposed to respond to an outage as soon as possible. Comcast likes to see outages "cleared" within an hour and a half. However, many times that is not realistic because of the time that it takes to wake up, turn on the laptop, sign into WatchTower, and travel out to the job location to fix it. The hour and a half is a goal, not a concrete number. My supervisor understands when I can't resolve an outage in that time.

22. I receive $40 of standby pay for being on call. If I'm actually called out, I receive overtime for the time spent responding to the call.

23. When I'm on call I don't drink because I have to drive. I cannot be out of town when I am on call because I have to respond to outages. Other than that, I generally go about my normal routine when I am on call.

24. I have received training on how to use ESS and on general timekeeping. I usually put in my time at the end of the day from my Comcast-issued laptop. Sometimes, I will enter my time

24. I have received training on how to use ESS and on general timekeeping. I usually put in my time at the end of the day from my Comcast-issued laptop. Sometimes, I will enter my time the following workday if I forgot to enter my time for the previous day. I enter my time to the minute and am not supposed to round. This is the same policy that was in place before ESS, when we used paper timesheets. I don't believe that anyone else is able to enter time in ESS for me.

25. If I work through my lunch break, I create a separate entry in ESS for that hour of overtime. The company does not automatically deduct one hour for my lunch break.

26. . I believe I have been compensated for all of the time that I have worked and that, in general, I am fairly compensated.

27. I understand that this declaration is being provided in connection with two lawsuits brought against Comcast by current and former employees who claim that they have not been paid for all time worked in violation of federal and state law. I understand that the plaintiffs are seeking to represent current and former technicians at Comcast in Illinois, including me, in a class action lawsuit. I also understand that I may be invited to join the lawsuit as a plaintiff and I would be eligible to participate as a member of the class if the case is certified. I also understand that the lawyer who interviewed me and prepared this declaration for me represents Comcast and does not represent me.

28. What I say in this declaration is the truth. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, that I can provide or refuse to provide a declaration or testimony, and I know that providing this declaration is not a condition of my employment with Comcast. I attest to the information in this declaration voluntarily and of my own free will.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of July, 2012 in Peoria, Illinois.

Patrick Michael Berry, Sr.