# EXHIBIT D

## DECLARATION OF CHRISTOPHER CAMPBELL

I, Christopher Campbell, declare as follows:

1. I have been working in cable for 27 years. I originally went to work for Continental Cablevision, which is now Comcast following a series of takeovers. For the last 25 years, I have had the same supervisor and have worked at the Quincy facility.

2. I am currently a Network Maintenance Technician ("NMT") 4. Besides me, there is only one other NMT in Quincy, plus a third person in training and who is expected to be promoted soon.

3. I work 7:30 a.m. to 4:30 p.m., Monday to Friday. In addition, I share the on-call shift with the other NMT and the NMT trainee. I am on call every third week, when I work my regular shift, plus cover the evening and overnight shifts.

4. When I am on call, I stay close to my phone and computer but I feel free to do a variety of things, including working on projects in and around my home (such as mowing my lawn), visiting my parents nearby, and occasionally going out to a casual dinner.

5. In the past, I when I was an avid bowler, I often bowled during my on-call shifts but would arrange for a substitute bowler in case I was called out. Since the majority of the shift is overnight, I also feel comfortable sleeping, knowing that I will we awakened by the page, if one comes through.

6. Though I cannot go far out of town once I have committed to an on-call date, I can, and often do, plan around being on call. In the Quincy office, our schedule is posted almost a year in advance. Just as I can put in early for vacation, I can state my preferences for my on-call time. For example, I already know my entire on-call schedule through January 2013. If an important family or other event (such as a wedding) is scheduled for a time when I am on call, it is relatively easy for me to switch with the other NMT or the NMT trainee.

7. I am of course paid for covering the on-call shift—$280 per week, plus time and a half when I am called out. I believe this pay is fair; after all, being on call is standard in the industry.

8. I park my company truck at home. However, my routine is to go to the base first and then go into the field.

9. I usually arrive at the base between 7:00 and 7:10 a.m. to socialize, smoke, and drink coffee with the other technicians. The topics of our conversations do not center around work—as a group we are into racing, boating, and fishing, and usually prefer to discuss that.

10. I usually wait until after 7:30 a.m. to log in and assign myself to a job. Sometimes, depending on other activities, such as cleaning out my truck, I may not actually log in until 8:00 or 8:30 a.m. I do not see a reason to log in sooner, since there are very few outages in Quincy requiring an urgent response, and I am usually working on less urgent market health plant maintenance issues.

11. Once in a while, I leave early from home to the job site to work on special projects that must be completed outside of business hours. These projects, which may start as early as 5:00 a.m., are always planned, with prior approval from my supervisor. When I start early for a special project, I either receive overtime pay or leave early for the day.

12. Regardless of how the day goes, I don't miss lunch. I have the flexibility to choose when I take my lunch, so I typically break daily, for the full hour, although my lunch time varies. Approximately once or twice per week, I eat lunch with other technicians, sometimes in the break room at the base. At other times I eat alone.

13. Rarely, I have to work through lunch because of an outage or a lengthy project. In those instances, I ask my supervisor for guidance and the time will either be approved for overtime or an early departure. Whether I go home early or get paid for the time, I get my hour.

14. In addition to lunch, I usually take a 5- to 15-minute break either mid-morning or mid-afternoon. During this time, I usually stop by a gas station for a bathroom break and something to drink.

15. I start winding down my day approximately 30 minutes before the end of my shift. This includes putting away tools, checking emails, and closing out the job.

16. Any time past 4:30 p.m. is recorded on my time sheet as overtime. Outside of the occasional few minutes here and there, my supervisor lets us know if there is more overtime available on a volunteer basis. I generally do not work past 4:30 without letting my supervisor know.

17. I have never been told, nor has it even been suggested, that I work off the clock or through my lunch without getting paid.

18. I understand that this declaration is being provided in connection with lawsuits brought against Comcast by current and former employees who claim that they have not been paid for all time worked, in violation of federal and state law. I understand that the plaintiffs are seeking to represent current and former technicians at Comcast in Illinois, including me, in a class action lawsuit. I understand that I may be invited to join the lawsuit as a plaintiff and I would be eligible to participate as a member of the class if the case is certified. I also understand that the lawyer(s) who interviewed me and prepared this declaration for me represents Comcast and does not represent me.

19. What I say in this declaration is the truth. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my employment with Comcast. I attest to the information in this declaration voluntarily and of my own free will.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 12TH day of July, 2012 in Quincy, Illinois.

_____
CHRISTOPHER CAMPBELL