# EXHIBIT F

## DECLARATION OF TIMOTHY AARON CUMMINGS

I, TIMOTHY AARON CUMMINGS, declare as follows:

1.  I have been working in the cable industry since 1999.

2.  I previously held roles with TCI, AT&T and Insight as a service and installation technician.

3.  When Comcast took over the office in Peoria, I was hired by Comcast to work as a Comm Tech 3. I worked briefly in the Comm Tech 3 role and then was promoted to the Comm Tech 4 position. I began working as a Comm Tech 4 maintenance technician (also known as a line technician) on March 7, 2012. I had been wanting to work as a line technician for past 5 to 6 years and was waiting for a position to open up.

4.  I work out of Comcast's Peoria facility, which is located at 3517 Dries Lane, Peoria, Illinois 61604.

5.  I am currently scheduled to work from 7:30 a.m. to 4:30 p.m. on Tuesdays through Saturdays. When I was a service technician, everyone else in my group was assigned to work Monday through Friday. I asked my supervisor for approval to work Tuesday through Saturday because I want to spend Mondays with my daughter. My supervisor approved that schedule and the schedule has carried over to my current position as a line technician.

6.  In my role as a line technician, I am responsible for keeping nodes that are assigned to me healthy. I help keep Comcast's system balanced with signal, keep my nodes within specific numbers, keep nodes healthy that could cause an area to go down, and do preventative maintenance. I also fix outages and repair cut ends. I handle the outside system of the whole plant itself.

7.  I don't log on to my laptop before the start of my shift. I generally log on to my laptop between 7:30 a.m. and 7:45 a.m. I will log into WatchTower from my truck and let the computer

boot up while I am doing my truck inspection. My truck inspection must be completed daily and takes about 15 minutes.

8. When I return to the truck cabin, I will check WatchTower and assign myself a job. If I see an outage on WatchTower, that is my first priority. Next, if there is a ticket that has been referred to maintenance, I will do that. My supervisor may tell me to do a particular job before another job. Regardless of what type of job I am assigned, I am usually signed into a job by 8 a.m.

9. It usually takes me about 20 minutes to travel to my first job. The company goal is to arrive at my first job by 8 a.m. The company is not strict about this and I usually arrive at my first job by 8:15 a.m. If I have to stop and refuel my truck, I will usually do so on my way to my first job. I do not clean my truck on a daily basis. I normally clean my vehicle every Saturday during my shift.

10. The number of jobs that I complete in a day may vary. I may complete anywhere from 2 to 5 jobs in a day. If I have to upload data from meters, I do that periodically throughout the day.

11. I am entitled to a sixty-minute lunch break. I am not given a specific time within which to take my break. I usually take my lunch break between 12 p.m. and 1 p.m. I would estimate that I bring my lunch and eat by myself half of the times and eat with other technicians in restaurants the other half of the time. On the days that I bring my lunch, I usually eat in my Comcast truck. When I am eating in the truck, I am listening to music or relaxing. Sometimes, I will run errands on my lunch break, such as stopping at Lowe's or Menards, or pay bills. If I am picking up lunch and am eating with other technicians, we will sit down in the restaurant.

12. If I am eating lunch and I am called out and unable to take a lunch, I put down the portion of the lunch break that I have missed as overtime. If I work through lunch, I will always put

down that time as overtime. That time has always been approved and paid. I have never been told to skip lunch or told not to record time worked during my lunch breaks.

13. I will not respond to emails during lunch. I will answer phone calls from my supervisor, but he rarely calls me during lunch. I will also respond to text messages during my lunch if they involve outages. This does not happen frequently and usually does not take me more than a few minutes.

14. I am also entitled to two 15-minute breaks in the morning and afternoon. I usually take my breaks at 10 a.m. and between 2:30 p.m. and 3 p.m. I usually stop at a gas station and buy something to drink or have a cup of coffee.

15. Towards the end of the day, I am usually able to stop what I am doing when I am ready to go home if I am working on a regular maintenance project or a health node project. However, if I am working on an outage and it isn't fixed, I will usually stay after my shift until it is fixed.

16. If I have to stay after my shift to complete a job, I put that time down as overtime on my timesheet. If I believe I will have to stay 2 to 3 hours after my shift to complete the job, I will call my supervisor to ask whether I should handle the job or whether the technicians who are on call should handle the job and let him decide.

17. When I am home for the day, I do not answer emails. It is rare that my supervisor will call me in the evening, but I will answer phone calls if it is my supervisor. If my supervisor calls in the evening, the conversation is usually short and less than 5 minutes.

18. I am required to work on call for 1 week every 5 weeks. When I am on call, I am usually at home or going out just like any other night. The only real difference when I am on call is that I have to keep my phone on me. I get pages on my phone to tell me where I need to be going and

I am supposed to respond to it as soon as possible. I know that the goal is to get these outages fixed within 90 minutes if possible.

19. I have had nights where I am on call and I will go out to eat, but I will eat at a nearby restaurant so that I can get back if I need to. I really don't stop what I otherwise would be doing just because I am on call. Some weeks, I won't get called out at all and other weeks I will get called out every night that I am on call. I receive $40 a day just for being on call, whether I get called out or not. If I do get called out, I receive 2 hours of call out pay at a minimum.

20. I have received training on how to use ESS and on general timekeeping. I put in my time daily. Sometimes, I will put in my time in the morning and sometimes I will put in my time at the end of the day. I put in my own time and, if there are problems with the time that I have put down (such as if I used the wrong code or put in time for the wrong day), my supervisor does not fix it for me. I am supposed to fix it myself. I am usually made aware of those errors from either my supervisor or from payroll.

21. It only takes me a couple of minutes to put in my time on my laptop. If I miss a day or forget to put in my time, I can go back and amend it.

22. I was surprised to learn of the allegations in the lawsuit. I have never had an issue getting overtime approved.

23. I understand that this declaration is being provided in connection with two lawsuits brought against Comcast by current and former employees who claim that they have not been paid for all time worked in violation of federal and state law. I understand that the plaintiffs are seeking to represent current and former technicians at Comcast in Illinois, including me, in a class action lawsuit. I also understand that I may be invited to join the lawsuit as a plaintiff and I would be eligible to participate as a member of the class if the case is certified. I also understand

that the lawyer who interviewed me and prepared this declaration for me represents Comcast and does not represent me.

24.   What I say in this declaration is the truth.  I am providing this statement voluntarily and without any duress, threats, intimidation or coercion.  I understand that I did not have to give this declaration, that I can provide or refuse to provide a declaration or testimony, and I know that providing this declaration is not a condition of my employment with Comcast.  I attest to the information in this declaration voluntarily and of my own free will.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of July, 2012 in Peoria, Illinois.

Timothy Aaron Cummings