IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JAMES BRAND, BARRY FARMER, MARK GRAHAM, KEVIN JACKSON, MICHAEL JACKSON, JOSE VIGIL, and CHRISTOPHER WOODARD,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br>Defendants. | Case No. 12-cv-1122<br><br>Magistrate Judge Young B. Kim |

**PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiffs James Brand, Barry Farmer, Mark Graham, Kevin Jackson, Michael Jackson, Jose Vigil, and Christopher Woodard ("Plaintiffs") and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC ("Defendants" or "Comcast") (collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully request that this Honorable Court enter an order approving the Parties' Fair Labor Standards Act settlement because it represents a fair and reasonable solution of the Parties' bona fide dispute. (*See* Settlement Agreement and Release attached hereto as Exhibit A).

As is more fully described in their accompanying memorandum of law, which is incorporated by reference herein, the Parties respectfully request an order: (1) approving the Settlement, including the releases of claims, the payments to Plaintiffs, and payment of attorneys' fees and costs as set forth therein; (2) dismissing the action in its entirety without prejudice, which will convert to with prejudice once the settlement is funded by Defendants; and

(3) retaining jurisdiction until 31 days after the date this Court approves the Settlement to enforce the terms of the Settlement, including the release of claims. (*See* Proposed Order attached hereto as Exhibit B).

Dated: June 21, 2016	Respectfully submitted by,

*s/ Ryan F. Stephan*
Ryan F. Stephan
Teresa M. Becvar
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-233-1550
www.stephanzouras.com

Noelle C. Brennan
Kristin H. Carter
Noelle Brennan & Associates, Ltd.
20 South Clark Street, Suite 1530
Chicago, Illinois 60603
312-422-0001
www.nbrennan-associates.com

**Attorneys for Plaintiffs**

*s/ Sari M. Alamuddin*
Sari M. Alamuddin
Allison N. Powers
Alexandra S. Tuffuor
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
salamuddin@morganlewis.com
apowers@morganlewis.com
atuffuor@morganlewis.com

Michael L. Banks (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5387

2

Fax: (215) 963-5001
mbanks@morganlewis.com

**Attorneys for Defendants**