# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| JAMES BRAND, BARRY FARMER, MARK GRAHAM, KEVIN JACKSON, MICHAEL JACKSON, JOSE VIGIL, and CHRISTOPHER WOODARD, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendants. | Case No. 12-cv-1122 <br><br> Magistrate Judge Young B. Kim |

**[PROPOSED] ORDER AND JUDGMENT**

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Settlement, it is hereby ORDERED that the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement is approved, including the releases of claims, the payments to Plaintiffs, and payment of attorneys' fees and costs as set forth therein;

(2) the action is dismissed in its entirety without prejudice, which will convert to with prejudice once the settlement is funded by Defendants; and

(3) this Court retains jurisdiction until 31 days after the date this Order is entered to enforce the terms of the Settlement, including the release of claims.

Date: _____ _____

The Hon. Young B. Kim
United States Magistrate Judge