**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES BRAND, BARRY FARMER,** | ) | |
| **MARK GRAHAM, KEVIN JACKSON,** | ) | |
| **MICHAEL JACKSON, JOSE VIGIL, and** | ) | |
| **CHRISTOPHER WOODARD,** | ) | |
| | ) | **Case No. 1:12-cv-01122** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| **v.** | ) | |
| | ) | |
| **COMCAST CORPORATION and** | ) | |
| **COMCAST CABLE** | ) | |
| **COMMUNICATIONS MANAGEMENT,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:   Sari M. Alamuddin
      Rita Srivastava
      Allison N. Powers
      Alexandra S. Tuffuor
      MORGAN, LEWIS & BOCKIUS LLP
      77 West Wacker Drive, Fifth Floor
      Chicago, IL 60601

      Michael L. Banks
      MORGAN, LEWIS & BOCKIUS LLP
      1701 Market Street
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that on **June 28, 2016 at 11:00 a.m.** or as soon thereafter as

counsel may be heard, I shall appear before the Honorable Judge Young B. Kim at the Everett J.

Dirksen Building, 219 S. Dearborn Street, Room 1019, Chicago, Illinois 60604 and present

**PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT.**

Respectfully submitted,

*s/ Ryan F. Stephan*

Ryan F. Stephan
Teresa M. Becvar
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: 312-233-1550

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on June 21, 2016, I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

_s/ Ryan F. Stephan_____