UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BRAND, BARRY FARMER, MARK GRAHAM, KEVIN JACKSON, MICHAEL JACKSON, JOSE VIGIL, and CHRISTOPHER WOODARD, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendants. | No. 12 CV 1122 <br><br> Magistrate Judge Young B. Kim <br><br> June 27, 2016 |

## ORDER

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Settlement, it is hereby ORDERED that the Motion is GRANTED as follows:

1. The Parties' proposed Settlement is approved, including the releases of claims, the payments to Plaintiffs, and payment of attorneys' fees and costs as set forth therein;

2. The action is dismissed in its entirety without prejudice, which will then become with prejudice once the settlement is funded by Defendants; and

3. The court retains jurisdiction until 31 days after the date this Order is entered to enforce the terms of the Settlement, including the release of claims.

ENTER:

_____
Young B. Kim
United States Magistrate Judge