**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES BRAND, BARRY FARMER, MARK GRAHAM, KEVIN JACKSON, MICHAEL JACKSON, JOSE VIGIL, and CHRISTOPHER WOODARD, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br> Defendants. | Case No. 12-cv-1122 <br><br> Magistrate Judge Young B. Kim |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a) and the terms of the Settlement Agreement and Release, it is hereby stipulated and agreed by and among Plaintiffs James Brand, Barry Farmer, Mark Graham, Kevin Jackson, Michael Jackson, Jose Vigil, and Christopher Woodard (collectively "Plaintiffs") and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (collectively "Defendants"), that Plaintiffs' claims against Defendants in the above-captioned action should be dismissed with prejudice, with each party to bear their own fees and costs.

Dated: October 14, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Noelle Brennan | /s/ Alexandra S. Tuffuor |
| Ryan F. Stephan | Sari M. Alamuddin |
| James B. Zouras | Allison N. Powers |
| Andrew C. Ficzko | MORGAN LEWIS & BOCKIUS, LLP |
| Teresa M. Becvar | 77 West Wacker Drive |
| STEPHAN ZOURAS, LLP | Chicago, IL 60601 |
| 205 N. Michigan Avenue, Suite 2560 | Telephone: 312.324.1000 |
| Chicago, IL 60601 | Facsimile: 312.324.1001 |
| Telephone: 312.233.1550 | sari.alamuddin@morganlewis.com |
| Facsimile: 312.233.1560 | allison.powers@morganlewis.com |
| rstephan@stephanzouras.com | |
| jzouras@stephanzouras.com | Michael L. Banks |
| aficzko@stephanzouras.com | MORGAN LEWIS & BOCKIUS, LLP |
| tbecvar@stephanzouras.com | 1701 Market Street |
| | Philadelphia, PA 19103 |
| Noelle Brennan | Telephone: 215.963.5387 |
| Leah M. Farmer | Facsimile: 215.963.5001 |
| NOELLE BRENNAN & ASSOC., LTD | michael.banks@morganlewis.com |
| 20 N. Clark, Suite 1530 | |
| Chicago, IL 60603 | Alexandra S. Tuffuor |
| Telephone: 312.422.0001 | MORGAN LEWIS & BOCKIUS, LLP |
| Facsimile: 312.422.0008 | 1 Federal Street |
| nbrennan@nbrennan-associates.com | Boston, MA 02110 |
| lfarmer@nbrennan-associates.com | Telephone: 617.341.7700 |
| | Facsimile: 617.341.7701 |
| *Attorneys for Plaintiffs* | alexandra.tuffuor@morganlewis.com |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of October, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Clerk of the Court using the CM/ECF filing system which sent electronic notification to all counsel of record.

/s/ Alexandra S. Tuffuor
Attorney for Defendants

DB1/ 89444215.1