UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
**Eastern Division**

James Brand, et al.
                                Plaintiff,

v.                                                          Case No.: 1:12−cv−01122
                                                                 Honorable Young B. Kim

Comcast Corporation, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 14, 2016:

       MINUTE entry before the Honorable Young B. Kim: Plaintiffs claims against Defendants in the above−captioned action are dismissed with prejudice, with each party to bear their own fees and costs. Civil case terminated. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.